| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TURRENTINE, HOWARD B | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 4/19/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 940 FRONT STREET, SUITE 5195 SAN DIEGO, CA 92101-8909 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)
☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | ████████████ UNION BANK (PENSION) | N/A |
| 2. | | CALIFORNIA STATE SUPERIOR COURT JUDGES RETIREMENT | 8916.00 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 4/19/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. WD40 COMMON STOCK | C | Dividend | K | T | | | | | |
| 2. SAN FRANCISCO CITY & COUNTY AIRPORT BONDS | C | Interest | K | T | | | | | |
| 3. L.A. CALIF CMNTY REDEV AGY RFDG SUB TAX ALLOC-BUNKER SER C | C | Interest | | | Called | 12/3 | L | A | |
| CALIFORNIA STATE G/O REG | C | Interest | | | Called | 7/24 | L | | |
| 5. CALIFORNIA ST REG VAR PURP SER B,C,G&H U/T | C | Interest | L | T | | | | | |
| 6. CALIFORNIA ST VAR PURP G/O REG | C | Interest | L | T | | | | | |
| 7. METRO WTR DIST SOUTHRN CALIF WTRWKS REV | C | Interest | L | T | | | | | |
| 8. CALIFORNIA ST PUB WKS BD LSE RV VAR | B | Interest | K | T | | | | | |
| 9. ORANGE CNTY CALIF RECOVERY CTFS PARTN SER A | C | Interest | | | Called | 11/19 | L | B | |
| 10. CALIFORNIA GENERAL OBLIGATION | B | Interest | L | T | | | | | |
| 11. SACRAMENTO AREA FLOOD CONTROL | B | Interest | L | T | | | | | |
| 12. T. ROWE PRICE | C | Dividend | L | T | | | | | |
| 13. WELLS FARGO | A | Interest | J | T | | | | | |
| 14. STAGECOACH | C | Interest | K | T | | | | | |
| 15. CALIFORNIA ST PUB WKS BD LSE RV VAR CMNTY CLGE | B | Interest | L | T | | | | | |
| 16. MT DIABLO CALIF UNI S/D CMNTY FACS DIST SPL | B | Interest | K | T | | | | | |
| 17. CAL ST PUB WKS BRD LSE RV DEPT CORR-CALIF ST PRISON | A | Interest | | | Called | 6/3 | J | | |
| 18. EAST BAY CALIF MUN UTIL DIST WTR SYS REV SUB RFDG | A | Interest | K | T | Purchased | 06/21 | K | A | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 4/19/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CABRILLO FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |
| 20. SMITH BARNEY CA MUNI FUND | C | Dividend | L | T | | | | | |
| 21. VANGUARD BONDS | B | Interest | L | T | | | | | |
| 22. VANGUARD "500" PORTFOLIO | B | Interest | L | T | | | | | |
| 23. FIDELITY GROWTH | A | Interest | L | T | | | | | |
| 24. MAIRS & POWERS GROWTH FUND | B | Interest | L | T | | | | | |
| 25. BARON FUND | A | Interest | J | T | | | | | |
| 26. FIDELITY REAL ESTATE | A | Interest | J | T | | | | | |
| 27. JANUS | A | Interest | | | Sell | 7/8 | K | C | |
| 28. VANGUARD TOTAL STOCK MARKET | A | Interest | L | T | | | | | |
| 29. VANGUARD REIT | A | Interest | J | T | | | | | |
| 30. VANGUARD INDEX 500 | D | Dividend | M | T | | | | | |
| 31. IRA, CABRILLO CREDIT UNION | C | Interest | K | T | | | | | |
| 32. Investment Property #1 - Jamul | | None | K | W | | | | | |
| 33. AN UNDIVIDED ⬤ INTEREST IN INVESTMENT PROPERTY #2 - SD, CA | E | Rent | M | T | | | | | |
| 34. LIFE BENEFICIARY OF ⬤ INCOME OF TRUST 6542, (cont'd) | E | Dividend | O | T | | | | | |
| 35. (cont'd) TRUSTEE UNION BANK, CORPUS CONSISTING OF (cont'd) | | | | | | | | | |
| 36. (cont'd) FOLLOWING COMMON STOCK, FUNDS, BONDS AND RENTAL RE | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 4/19/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. (cont'd) REAL PROPERTY ITEMS 53-75. | | | | | | | | | |
| 38. ABBOTT LABORATORIES | | | | | | | | | |
| 39. AETNA LIFE & CASUALTY CO. | | | | | | | | | |
| 40. ATLANTIC RICHFIELD CO. | | | | | | | | | |
| 41. AVERY DENNISON CORP. | | | | | | | | | |
| 42. INTERNATIONAL BUSINESS MACHINES | | | | | | | | | |
| 43. FLEETWOOD ENTERPRISES | | | | | | | | | |
| 44. XEROX CORPORATION | | | | | | | | | |
| 45. MUNICIPAL FUND FOR CALIF. INVESTORS | | | | | | | | | |
| 46. (cont'd) HORTON'S ADD. SAN DIEGO | | | | | | | | | |
| 47. AN UNDIVIDED INTEREST IN INVESTMENT PROPERTY #2 (cont'd) | | | | | | | | | |
| 48. INGLEWOOD CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 49. LOS ANGELES CALIFORNIA DEPARTMENT OF WATER & POWER | | | | | | | | | |
| 50. UNIVERSITY OF CALIFORNIA REVS | | | | | | | | | |
| 51. GLENDALE CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 52. UNIVERSITY OF CALIFORNIA REDEVELOPMENT | | | | | | | | | |
| 53. SAN DIEGO CALIFORNIA CTFS PARTNERSHIP | | | | | | | | | |
| 54. BEVERLY HILLS CALIFORNIA PUBLIC FING AUTHORITY | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 4/19/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. BREA OLINDA CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 56. SOGEN | A | Interest | J | T | | | | | |
| 57. LTD PARTNER MICROBREWERY | | None | K | U | | | | | |
| 58. QUALCOMM | | None | J | T | | | | | |
| 59. MODESTO IRR DIST | A | Interest | L | T | | | | | |
| 60. CENTRAL UNI SCHOOL DIST CAL COPS | A | Interest | L | T | | | | | |
| 61. WEST & CENT BASIN FING AU | A | Interest | | | Called | 11/6 | K | A | |
| 62. SANTA CLARITA CALIF CTFS PARTN | A | Interest | K | T | | | | | |
| 63. SAN JOSE CAL RDV AGY TAX ALLOC | A | Interest | L | T | | | | | |
| 64. UNIVERSITY CALIF RFDG REV | A | Interest | | | Called | 9/9 | L | A | |
| 65. METROPOLITAN WTR DIST SOUTHN | A | Interest | L | T | | | | | |
| 66. SALINAS CALIF SAN SWR SYS REV | A | Interest | K | T | | | | | |
| 67. SAN FRANCISCO CA CITY & CO ARPTS | A | Interest | K | T | | | | | |
| 68. CALIFORNIA ST RFDG FGIC INSP | A | Interest | K | T | | | | | |
| 69. SAN DIEGO CALIF PUB FACS FING | B | Interest | K | T | | | | | |
| 70. CALIFORNIA ST. RFDG TAX DTD | B | Interest | K | T | | | | | |
| 71. UNIVERSITY OF CALIFORNIA SAN DIEGO HOSPITAL | B | Interest | K | T | | | | | |
| 72. CALIFORNIA STATE OID DTD | B | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 4/19/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div. rent or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 73. LOS ANGELES COUNTY MET.TRANS. | B | Interest | | | Called | 7/1 | K | | |
| 74. CALIFORNIA ST. CMNTY. DEV. | B | Interest | K | T | | | | | |
| 75. SAN FRANCISCO INTERNATIONAL AIRPORT | A | Interest | L | T | Buy | 11/27 | L | | |
| 76. CAL STATE G/O. | A | Interest | L | T | Buy | 11/27 | L | | |
| 77. SANTA CRUZ DEVELOPMENT | A | Interest | L | T | Buy | 11/27 | L | | |
| 78. SACRAMENTO CO SANTIN DIST REV | A | Interest | L | T | | | | | |
| 79. L.A. CALIF WASTEWATER SYS | A | Interest | L | T | | | | | |
| 80. CULVER CITY SCH DIST | A | Interest | L | T | Buy | 4/7 | L | | |
| 81. LONG BEACH CA SCH DIST | B | Interest | L | T | Buy | 2/4 | L | | |
| 82. CALIF STATE U/T REG DO | A | Interest | K | T | Buy | 7/24 | K | | |
| 83. CALIF STATE U/T REG DO | A | Interest | J | T | Buy | 7/24 | J | | |
| 84. BAY ARCA GOVT REV BART | A | Interest | L | T | Buy | 10/1 | L | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Amendments to March 8, 2004 report, Part VII:

Page 1, lines 4, 9, and 17 – changed Column C (1) and (2) - info deleted

Page 2, line 26   (line 27 on amended report) – changed Column C(1) and (2) - info deleted

Page 4, lines 60, 63, and 72  (61, 64, and 73 on amended report) – changed Columns C (1) and (2) - info deleted

Page 5, lines 81 and 82 (82 and 83 on amended report) – added value codes in Column D(3)

Part VII, page 2, line 21 in 2002 report - "East Bay Calif Mun Util Dist Wtr Sys Rev Sub Rfdg" - was not listed in 2003 report.  Amended report includes this item (listed as #18).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TURRENTINE, HOWARD B | 4/19/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _4-19-04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TURRENTINE, HOWARD B | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 3/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 940 FRONT STREET, SUITE 5195 SAN DIEGO, CA 92101-8909 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | MARLENE TURRENTINE UNION BANK (PENSION) | N/A |
| 2. | | CALIFORNIA STATE SUPERIOR COURT JUDGES RETIREMENT | 8916.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TURRENTINE, HOWARD B | 3/8/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. WD40 COMMON STOCK | C | Dividend | K | T | | | | | |
| 2. SAN FRANCISCO CITY & COUNTY AIRPORT BONDS | C | Interest | K | T | | | | | |
| 3. L.A. CALIF CMNTY REDEV AGY RFDG SUB TAX ALLOC-BUNKER SER C | C | Interest | | | Called | 12/3 | L | A | |
| 4. CALIFORNIA STATE G/O REG | C | Interest | L | T | Called | 7/24 | L | | |
| 5. CALIFORNIA ST REG VAR PURP SER B,C,G&H U/T | C | Interest | L | T | | | | | |
| 6. CALIFORNIA ST VAR PURP G/O REG | C | Interest | L | T | | | | | |
| 7. METRO WTR DIST SOUTHRN CALIF WTRWKS REV | C | Interest | L | T | | | | | |
| 8. CALIFORNIA ST PUB WKS BD LSE RV VAR | B | Interest | K | T | | | | | |
| 9. ORANGE CNTY CALIF RECOVERY CTFS PARTN SER A | C | Interest | L | T | Called | 11/19 | L | B | |
| 10. CALIFORNIA GENERAL OBLIGATION | B | Interest | L | T | | | | | |
| 11. SACRAMENTO AREA FLOOD CONTROL | B | Interest | L | T | | | | | |
| 12. T. ROWE PRICE | C | Dividend | L | T | | | | | |
| 13. WELLS FARGO | A | Interest | J | T | | | | | |
| 14. STAGECOACH | C | Interest | K | T | | | | | |
| 15. CALIFORNIA ST PUB WKS BD LSE RV VAR CMNTY CLGE | B | Interest | L | T | | | | | |
| 16. MT DIABLO CALIF UNI S/D CMNTY FACS DIST SPL | B | Interest | K | T | | | | | |
| 17. CAL. ST PUB WKS BRD LSE RV DEPT CORR-CALIF ST PRISON – | A | Interest | J | T | Called | 6/3 | J | | |
| 18. CABRILLO FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. SMITH BARNEY CA MUNI FUND | C | Dividend | L | T | | | | | |
| 20. VANGUARD BONDS | B | Interest | L | T | | | | | |
| 21. VANGUARD "500" PORTFOLIO | B | Interest | L | T | | | | | |
| 22. FIDELITY GROWTH | A | Interest | L | T | | | | | |
| 23. MAIRS & POWERS GROWTH FUND | B | Interest | L | T | | | | | |
| 24. BARON FUND | A | Interest | J | T | | | | | |
| 25. FIDELITY REAL ESTATE | A | Interest | J | T | | | | | |
| 26. JANUS | A | Interest | K | T | Sell | 7/8 | K | C | |
| 27. VANGUARD TOTAL STOCK MARKET | A | Interest | L | T | | | | | |
| 28. VANGUARD REIT | A | Interest | J | T | | | | | |
| 29. VANGUARD INDEX 500 | D | Dividend | M | T | | | | | |
| 30. IRA, CABRILLO CREDIT UNION | C | Interest | K | T | | | | | |
| 31. Investment Property #1 - Jamul | | None | K | W | | | | | |
| 32. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 - SD, CA | E | Rent | M | T | | | | | |
| 33. LIFE BENEFICIARY OF 1/2 INCOME OF TRUST 6542, (cont'd) | E | Dividend | O | T | | | | | |
| 34. (cont'd) TRUSTEE UNION BANK, CORPUS CONSISTING OF (cont'd) | | | | | | | | | |
| 35. (cont'd) FOLLOWING COMMON STOCK, FUNDS, BONDS AND RENTAL RE | | | | | | | | | |
| 36. (cont'd.) REAL PROPERTY ITEMS 53-75. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TURRENTINE, HOWARD B | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ABBOTT LABORATORIES | | | | | | | | | |
| 38. AETNA LIFE & CASUALTY CO. | | | | | | | | | |
| 39. ATLANTIC RICHFIELD CO. | | | | | | | | | |
| 40. AVERY DENNISON CORP. | | | | | | | | | |
| 41. INTERNATIONAL BUSINESS MACHINES | | | | | | | | | |
| 42. FLEETWOOD ENTERPRISES | | | | | | | | | |
| 43. XEROX CORPORATION | | | | | | | | | |
| 44. MUNICIPAL FUND FOR CALIF. INVESTORS | | | | | | | | | |
| 45. (cont'd) HORTON'S ADD. SAN DIEGO | | | | | | | | | |
| 46. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 (cont'd) | | | | | | | | | |
| 47. INGLEWOOD CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 48. LOS ANGELES CALIFORNIA DEPARTMENT OF WATER & POWER | | | | | | | | | |
| 49. UNIVERSITY OF CALIFORNIA REVS | | | | | | | | | |
| 50. GLENDALE CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 51. UNIVERSITY OF CALIFORNIA REDEVELOPMENT | | | | | | | | | |
| 52. SAN DIEGO CALIFORNIA CTFS PARTNERSHIP | | | | | | | | | |
| 53. BEVERLY HILLS CALIFORNIA PUBLIC FING AUTHORITY | | | | | | | | | |
| 54. BREA OLINDA CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100.000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500.000      O = $500.001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
                            U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. SOGEN | A | Interest | J | T | | | | | |
| 56. LTD PARTNER MICROBREWERY | | None | K | U | | | | | |
| 57. QUALCOMM | | None | J | T | | | | | |
| 58. MODESTO IRR DIST | A | Interest | L | T | | | | | |
| 59. CENTRAL UNI SCHOOL DIST CAL COPS | A | Interest | L | T | | | | | |
| 60. WEST & CENT BASIN FING AU | A | Interest | K | T | Called | 11/6 | K | A | |
| 61. SANTA CLARITA CALIF CTFS PARTN | A | Interest | K | T | | | | | |
| 62. SAN JOSE CAL RDV AGY TAX ALLOC | A | Interest | L | T | | | | | |
| 63. UNIVERSITY CALIF RFDG REV | A | Interest | L | T | Called | 9/9 | L | A | |
| 64. METROPOLITAN WTR DIST SOUTHN | A | Interest | L | T | | | | | |
| 65. SALINAS CALIF SAN SWR SYS REV | A | Interest | K | T | | | | | |
| 66. SAN FRANCISCO CA CITY & CO ARPTS | A | Interest | K | T | | | | | |
| 67. CALIFORNIA ST RFDG FGIC INSP | A | Interest | K | T | | | | | |
| 68. SAN DIEGO CALIF PUB FACS FING | B | Interest | K | T | | | | | |
| 69. CALIFORNIA ST. RFDG. TAX DTD | B | Interest | K | T | | | | | |
| 70. UNIVERSITY OF CALIFORNIA SAN DIEGO HOSPITAL | B | Interest | K | T | | | | | |
| 71. CALIFORNIA STATE OID DTD | B | Interest | K | T | | | | | |
| 72. LOS ANGELES COUNTY MET.TRANS. | B | Interest | K | T | Called | 7/1 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. CALIFORNIA ST. CMNTY. DEV. | B | Interest | K | T | | | | | |
| 74. SAN FRANCISCO INTERNATIONAL AIRPORT | A | Interest | L | T | Buy | 11/27 | L | | |
| 75. CAL STATE G/O | A | Interest | L | T | Buy | 11/27 | L | | |
| 76. SANTA CRUZ DEVELOPMENT | A | Interest | L | T | Buy | 11/27 | L | | |
| 77. SACRAMENTO CO SANTIN DIST REV | A | Interest | L | T | | | | | |
| 78. L.A. CALIF WASTEWATER SYS | A | Interest | L | T | | | | | |
| 79. CULVER CITY SCH DIST | A | Interest | L | T | Buy | 4/7 | L | | |
| 80. LONG BEACH CA SCH DIST | B | Interest | L | T | Buy | 2/4 | L | | |
| 81. CALIF STATE U/T REG DO | A | Interest | K | T | Buy | 7/24 | | | |
| 82. CALIF STATE U/T REG DO | A | Interest | J | T | Buy | 7/24 | | | |
| 83. BAY ARCA GOVT REV BART | A | Interest | L | T | Buy | 10/1 | L | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   U = Book Value  V = Other  W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 3/8/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date _March 7 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544